# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** vs. **LILLIAN MARIE LAPIER, RHONDA JEANETTE LAPIER** *aka Rhonda Trench*, **and ASHLEY NICOLE RICO,** **Defendants.** | CR 21-52-GF-BMM  **PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture.

On October 19, 2021, defendant Rhonda Jeanette Lapier pleaded guilty to count II of the indictment. (Doc. 55). She also admitted the forfeiture allegation in the indictment. She was sentenced on February 16, 2022. (Doc. 86).

On October 27, 2021, defendant Ashley Nicole Rico pleaded guilty to a superseding information (Doc. 49), which charged the crime of possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1). She also admitted the forfeiture allegation contained within the superseding information. (Doc. 57). Her sentencing date is April 6, 2021. (Doc. 103).

1

On February 23, 2022, defendant Lillian Marie Lapier pleaded guilty to a superseding information (Doc. 95), which charged the crime of possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1).  She also admitted the forfeiture allegation contained within the superseding information. (Doc. 98). Her sentencing date is May 26, 2022.

The defendants' signed written plea agreements, together with their admissions at the change of plea hearings and the offer of proofs filed in this case provide a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. §§ 853(a) and 881(a)(11).

**IT IS ORDERED:**

THAT the defendants' interest in the following property is forfeited to the United States in accordance with those provisions:

- 2011 BMW X5 XDRIVE 35D, VIN 5UXZWOC53BL662300 (seized at 1208 Spring St in Helena)
- 2005 Chrysler 300, VIN 2C3JA53G65H121128 (operated by Lillian Lapier)
- US Currency totaling $7,356.

THAT the United States Marshals Service and the Federal Bureau of Investigation are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site ([www.forfeiture.gov](www.forfeiture.gov)) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. §§ 853(a)(1), 853(n)(1), and 881(a)(11), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 7th day of April 2022.

_____
Brian Morris, Chief District Judge
United States District Court