IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LILLIAN MARIE LAPIER, RHONDA JEANETTE LAPIER *aka Rhonda Trench*, and ASHLEY NICOLE RICO,<br><br>Defendants. | CR 21-52-GF-BMM<br><br><br>FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure.

2. A Preliminary Order of Forfeiture was entered on March 23, 2022 (Doc. 106).

3. All known interested parties were provided an opportunity to respond, and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 122)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure.

1

IT IS ORDERED:

THAT the Motion for Final Order of Forfeiture is GRANTED;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:

- 2011 BMW X5 XDRIVE 35D, VIN 5UXZWOC53BL662300 (seized at 1208 Spring St in Helena)
- 2005 Chrysler 300, VIN 2C3JA53G65H121128 (operated by Lillian Lapier)
- US Currency totaling $7,356.

THAT $4,745 in US Currency seized from Rhonda Lapier—which was not subject to the Preliminary Order of Forfeiture—shall be returned to Rhonda Lapier and or her attorney of record, for the reason identified in the United States' Brief in Support of Motion for Final Order of Forfeiture.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 29th day of June, 2022.

_____
Brian Morris, Chief District Judge
United States District Court