**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ASHLEY NICOLE RICO,

Defendant.

CR-21-52-GF-BMM

**ORDER**

Defendant Ashley Nicole Rico has moved for early termination of her current term of supervised release. (Doc. 184.) The Court conducted a hearing on Rico's motion on August 31, 2026. (Doc. 188.) The Government opposes the motion. (Doc. 187.) The Court advised Rico that the Court will grant Rico's motion on March 1, 2027, if Rico remains violation free.

Rico pleaded guilty to conspiracy to distribute controlled substances, in violation of 21 U.S.C. § 846. (Doc. 57.) The Court sentenced Rico to the custody of the Bureau of Prisons on April 11, 2022, for a term of 54 months' imprisonment to run concurrent to Lewis and Clark County District Court Case number CDC 2018-485, and Cascade County District Court Case number CDC 2017-071, with 4 years of supervised release to follow. (Doc. 118.) Rico began her term of supervised release on June 26, 2024. (Doc. 185 at 2.)

Federal law authorizes a defendant to move for termination of their supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The Court finds that the factors in 18 U.S.C. § 3553(a) support an early termination of Rico's supervised release. Adequate punishment has been imposed that reflects the seriousness of Rico's offense. Rico served her term of imprisonment. Rico has completed over half of her term of supervised release. Rico is scheduled to discharge from supervised release on June 25, 2028. (Doc. 185 at 2.)

Adequate deterrence also appears to have been achieved. Rico has had no reported violations or noncompliance since May 25, 2025. (*Id.*) Rico's United States Probation Officer advises that Rico has had two violations while on supervision including the following: (1) on 02/25/2025 she failed to attend her mental health treatment appointment; and (2) on 05/25/2025 she admitted to alcohol consumption. (*Id.*) Rico's United States Probation Officer is neutral on her motion. (*Id.*) Rico has been compliant for over a year.

Further supervision appears unnecessary to protect the public from further criminal behavior by Rico. The early termination of Rico's supervised release comports with the § 3553(a) factors and proves "warranted by the conduct of the

defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court determines that it proves appropriate to terminate Rico's period of supervised release October 26, 2026, when Rico has completed 60% of her term of supervised release.

Accordingly, **IT IS HEREBY ORDERED** that Rico's Motion for Early Termination of Supervised Release (Doc. 184) is **GRANTED.** Rico's supervised release will be terminated on March 1, 2027, if Rico remains violation free.

DATED this 1st day of September 2026.

Brian Morris, Chief District Judge
United States District Court